Eugene P. Ramirez (State Bar No. 134865)
  *Eugene.Ramirez@manningkass.com*
G. Craig Smith (State Bar No. 265676)
  *Craig.Smith@manningkass.com*
Deann Rivard (State Bar No. 177482)
  *deann.rivard@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants,
COUNTY OF RIVERSIDE, RIVERSIDE
COUNTY SHERIFF CHAD BIANCO and
DEPUTY DUNCAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., A Minor, Individually, And As Personal Representative Of The Estate Of Cristian Viramontes, By And Through Her Guardian Ad Litem, Elba Cervantes; Naomi Bravo Individually, Esteban Viramontes, individually,<br><br>      Plaintiffs,<br><br>      v.<br><br>COUNTY OF RIVERSIDE, a Governmental Agency; RIVERSIDE COUNTY SHERIFF CHAD BIANCO, in his individual and official capacity, Deputy DUNCAN, individually; DOES 1-3, DOES 4-6, and DOES 7-10, inclusive,<br><br>      Defendants. | Case No. 5:23-cv-00860-SSS-KK<br>[Honorable Sunshine S. Sykes]<br><br>**DEFENDANTS COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO AND DEPUTY DUNCAN'S ANSWER TO COMPLAINT** |

Defendants COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO and DEPUTY DUNCAN ("Defendants") hereby Answer Plaintiffs' Complaint for Damages (filed May 12, 2023, hereinafter referred to as the

1

"Complaint") and defendants hereby admit, deny, and allege as follows:

1.      Answering Paragraph 1 of the Complaint, under the header "Preliminary Statement" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

2.      Answering Paragraph 2 of the Complaint, under the header "Preliminary Statement" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

3.      Answering Paragraph 3 of the Complaint, under the header "Preliminary Statement", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

4.      Answering Paragraph 4 of the Complaint, under the header "Preliminary Statement", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

5.      Answering Paragraph 5 of the Complaint, under the header "Jurisdiction and Venue", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

6.      Answering Paragraph 6 of the Complaint, under the header "Jurisdiction and Venue", Defendants admit the allegations that plaintiff submitted a government claim form.

7.      Answering Paragraph 7 of the Complaint, under the header "Jurisdiction and Venue", Defendants admit the allegations that the Clerk of the Board of Supervisors rejected the government tort claims of Naomi Bravo and Sofia Viramontes.

8.      Answering Paragraph 8 of the Complaint, under the header "Jurisdiction

and Venue", Defendants admit the Court has jurisdiction over the federal civil rights claim and supplemental jurisdiction over any state-law claims.

9.    Answering Paragraph 9 of the Complaint, under the header "Preliminary Statement" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

10.    Answering Paragraph 10 of the Complaint, under the header "Jurisdiction and Venue", Defendants admit that Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

11.    Answering Paragraph 11 of the Complaint, under the header "Parties" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

12.    Answering Paragraph 12 of the Complaint, under the header "Parties" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

13.    Answering Paragraph 13 of the Complaint, under the header "Parties" Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

14.    Answering Paragraph 14 of the Complaint, under the header "Parties" Defendants contend the allegation is vague and ambiguous, and on those grounds deny generally and specifically each and every allegation contained therein – and

Defendants deny all liability and/or wrongdoing.

15.     Answering Paragraph 15 of the Complaint, under the header "Parties" Defendants contend the allegation is vague and ambiguous, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

16.     Answering Paragraph 16 of the Complaint, under the header "Jurisdiction and Venue", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

17.     Answering Paragraph 17 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

18.     Answering Paragraph 18 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

19.     Answering Paragraph 19 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

20.     Answering Paragraph 20 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or

information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

21. Answering Paragraph 21 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

22. Answering Paragraph 22 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

23. Answering Paragraph 23 of the Complaint, under the header "Jurisdiction and Venue", Defendants contend the allegation is vague and ambiguous, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

24. Answering Paragraph 24 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

25. Answering Paragraph 25 of the Complaint, under the header "Jurisdiction and Venue", Defendants do not have sufficient knowledge, or

information or belief, to enable Defendants to answer the allegations contained within this paragraph, as stated, and on those grounds deny generally and specifically each and every allegation contained therein – and Defendants deny all liability and/or wrongdoing.

26.   Answering Paragraph 26 of the Complaint, under the header "Jurisdiction and Venue", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

27.   Answering Paragraph 27 of the Complaint, under the header "Factual Allegations", Defendants admit the allegations.

28.   Answering Paragraph 28 of the Complaint, under the header "Factual Allegations", Defendants generally deny the allegations as phrased, and Defendants deny all liability and/or wrongdoing.

29.   Answering Paragraph 29 of the Complaint, under the header "Factual Allegations", Defendants contend the allegations call for a legal conclusion and generally deny the allegations on that basis, and Defendants deny all liability and/or wrongdoing.

30.   Answering Paragraph 30 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

31.   Answering Paragraph 31 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

32.   Answering Paragraph 32 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

33.   Answering Paragraph 33 of the Complaint, under the header "Factual Allegations", Defendants deny generally each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

34.    Answering Paragraph 34 of the Complaint, under the header "Factual Allegations", Defendants deny generally each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

35.    Answering Paragraph 35 of the Complaint, under the header "Factual Allegations", Defendants deny generally each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

36.    Answering Paragraph 36 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

37.    Answering Paragraph 37 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

38.    Answering Paragraph 38 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing..

39.    Answering Paragraph 39 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

40.    Answering Paragraph 40 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

41.    Answering Paragraph 41 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

42.    Answering Paragraph 42 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

43.    Answering Paragraph 43 of the Complaint, under the header "Factual

Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

44. Answering Paragraph 44 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

45. Answering Paragraph 45 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

46. Answering Paragraph 46 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

47. Answering Paragraph 47 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

48. Answering Paragraph 48 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

49. Answering Paragraph 49 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

50. Answering Paragraph 50 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

51. Answering Paragraph 51 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

52. Answering Paragraph 52 of the Complaint, under the header "Factual Allegations", Defendants deny generally and specifically each and every allegation

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

1  contained therein, and Defendants deny all liability and/or wrongdoing.

2      53.    Answering Paragraph 53 of the Complaint, under the header "Factual

3  Allegations", Defendants deny generally and specifically each and every allegation

4  contained therein, and Defendants deny all liability and/or wrongdoing.

5      54.    Answering Paragraph 54 of the Complaint, under the header "Factual

6  Allegations", Defendants deny generally and specifically each and every allegation

7  contained therein, and Defendants deny all liability and/or wrongdoing.

8      55.    Answering Paragraph 55 of the Complaint, under the header "Factual

9  Allegations", Defendants deny generally and specifically each and every allegation

10  contained therein, and Defendants deny all liability and/or wrongdoing.

11      56.    Answering Paragraph 56 of the Complaint, under the header "Factual

12  Allegations", Defendants deny generally and specifically each and every allegation

13  contained therein, and Defendants deny all liability and/or wrongdoing.

14      57.    Answering Paragraph 57 of the Complaint, under the header "Factual

15  Allegations", Defendants deny generally and specifically each and every allegation

16  contained therein, and Defendants deny all liability and/or wrongdoing.

17      58.    Answering Paragraph 58 of the Complaint, under the header "Factual

18  Allegations", Defendants admit the allegations contained therein.

19      59.    Answering Paragraph 59 of the Complaint, under the header "Factual

20  Allegations", Defendants generally deny the allegations as phrased, and Defendants

21  deny all liability and/or wrongdoing.

22      60.    Answering Paragraph 60 of the Complaint, under the header "FIRST

23  CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the

24  admissions and denials contained in the foregoing Answer which are set forth to each

25  and every allegation contained in paragraphs 1 through 59 inclusive, of the Complaint.

26      61.    Answering Paragraph 61 of the Complaint, under the header "FIRST

27  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

28  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

62.    Answering Paragraph 62 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

63.    Answering Paragraph 63 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

64.    Answering Paragraph 64 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

65.    Answering Paragraph 65 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

66.    Answering Paragraph 66 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

67.    Answering Paragraph 67 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

68.    Answering Paragraph 68 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

69.    Answering Paragraph 69 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

70.    Answering Paragraph 70 of the Complaint, under the header "FIRST CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

71.    Answering Paragraph 71 of the Complaint, under the header "FIRST

1  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

2  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

3      72.    Answering Paragraph 72 of the Complaint, under the header "FIRST

4  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

5  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

6      73.    Answering Paragraph 73 of the Complaint, under the header "FIRST

7  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

8  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

9      74.    Answering Paragraph 74 of the Complaint, under the header "FIRST

10  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

11  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

12      75.    Answering Paragraph 75 of the Complaint, under the header "FIRST

13  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

14  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

15      76.    Answering Paragraph 76 of the Complaint, under the header "FIRST

16  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

17  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

18      77.    Answering Paragraph 77 of the Complaint, under the header "FIRST

19  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

20  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

21      78.    Answering Paragraph 78 of the Complaint, under the header "SECOND

22  CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the

23  admissions and denials contained in the foregoing Answer which are set forth to each

24  and every allegation contained in paragraphs 1 through 77 inclusive, of the Complaint.

25      79.    Answering Paragraph 79 of the Complaint, under the header "SECOND

26  CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

27  allegation contained therein, and Defendants deny all liability and/or wrongdoing.

28      80.    Answering Paragraph 80 of the Complaint, under the header "SECOND

CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

81.    Answering Paragraph 81 of the Complaint, under the header "SECOND CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

82.    Answering Paragraph 82 of the Complaint, under the header "SECOND CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

83.    Answering Paragraph 83 of the Complaint, under the header "SECOND CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

84.    Answering Paragraph 84 of the Complaint, under the header "SECOND CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

85.    Answering Paragraph 85 of the Complaint, under the header "SECOND CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

86.    Answering Paragraph 86 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 85 inclusive, of the Complaint.

87.    Answering Paragraph 87 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

88.    Answering Paragraph 88 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

89.    Answering Paragraph 89 of the Complaint, under the header "THIRD

CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

90.    Answering Paragraph 90 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

91.    Answering Paragraph 91 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

92.    Answering Paragraph 92 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

93.    Answering Paragraph 93 of the Complaint, under the header "THIRD CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

94.    Answering Paragraph 94 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 85 inclusive, of the Complaint.

95.    Answering Paragraph 95 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

96.    Answering Paragraph 96 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing

97.    Answering Paragraph 97 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

98.    Answering Paragraph 98 of the Complaint, under the header "FOURTH

CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

99.    Answering Paragraph 99 of the Complaint, under the header "FOURTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

100.    Answering Paragraph 100 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

101.    Answering Paragraph 101 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

102.    Answering Paragraph 102 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

103.    Answering Paragraph 103 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

104.    Answering Paragraph 104 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

105.    Answering Paragraph 105 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

106.    Answering Paragraph 106 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

107.    Answering Paragraph 107 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every

allegation contained therein, and Defendants deny all liability and/or wrongdoing.

108.   Answering Paragraph 108 of the Complaint, under the header "FIFTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

109.   Answering Paragraph 109 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 108 inclusive, of the Complaint.

110.   Answering Paragraph 110 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

111.   Answering Paragraph 111 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

112.   Answering Paragraph 112 of the Complaint, under the header "SIXTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

113.   Answering Paragraph 113 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 112 inclusive, of the Complaint.

114.   Answering Paragraph 114 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

115.   Answering Paragraph 115 of the Complaint, under the header

15

"SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

116. Answering Paragraph 116 of the Complaint, under the header "SSEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

117. Answering Paragraph 117 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

118. Answering Paragraph 118 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

119. Answering Paragraph 119 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

120. Answering Paragraph 120 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

121. Answering Paragraph 121 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

122. Answering Paragraph 122 of the Complaint, under the header

"SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

123.  Answering Paragraph 123 of the Complaint, under the header "SEVENTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

124.  Answering Paragraph 124 of the Complaint, under the header "EIGHTH CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 123 inclusive, of the Complaint.

125.  Answering Paragraph 125 of the Complaint, under the header "EIGHTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

126.  Answering Paragraph 126 of the Complaint, under the header "EIGHTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

127.  Answering Paragraph 127 of the Complaint, under the header "NINTH CLAIM FOR RELIEF", Defendants repeat, reiterate, and re-allege all of the admissions and denials contained in the foregoing Answer which are set forth to each and every allegation contained in paragraphs 1 through 126 inclusive, of the Complaint.

128.  Answering Paragraph 128 of the Complaint, under the header "NINTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

129.  Answering Paragraph 129 of the Complaint, under the header "NINTH CLAIM FOR RELIEF",  Defendants deny generally and specifically each and every

allegation contained therein, and Defendants deny all liability and/or wrongdoing.

130. Answering Paragraph 130 of the Complaint, under the header "NINTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

131. Answering Paragraph 131 of the Complaint, under the header "NINTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

132. Answering Paragraph 132 of the Complaint, under the header "NINTH CLAIM FOR RELIEF", Defendants deny generally and specifically each and every allegation contained therein, and Defendants deny all liability and/or wrongdoing.

133. Answering plaintiffs' Prayer For Relief, including subsections (1)-(5), Defendants deny all liability to plaintiff, including, but not limited to, all liability for any and all damages, including both survival and wrongful death damages; funeral and burial expenses; statutory damages; punitive damages; interest; costs of any kind; attorneys' fees; or for any relief of any kind from Defendants to plaintiffs.

134. To the extent plaintiffs assert any other claims or contentions not specifically addressed herein above, Defendants generally and specifically deny each and every remaining allegation and/or claim.

## **AFFIRMATIVE DEFENSES**

1. As separate and affirmative defenses, Defendants allege as follows[1]:

### **FIRST AFFIRMATIVE DEFENSE**

### **(Failure to State a Claim for Relief)**

2. Plaintiffs' Complaint, and each alleged cause of action in it, fails to state a claim upon which relief can be granted.

3. Plaintiffs' Complaint also fails to state a claim against any Defendant in this action.

---

[1]  For purposes of the affirmative defenses, affirmative defenses that reference "plaintiffs" shall also be construed to apply, wherever feasible, to plaintiffs' decedent.

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
Attorneys at Law

4.     Plaintiffs' claims are potentially time-barred by the operative statute(s) of limitations (including, but not limited to, California Code of Civil Procedure § 335.1).

### SECOND AFFIRMATIVE DEFENSE

### (Tort Claims Act Violation)

5.     This action is barred by the plaintiffs' failure to fully comply with the government tort claims presentation requirements, California Government Code § 900, *et seq.*, including but not limited to §§ 900, 900.4, 901, 905, 905.2, 910, 911, 911.2, 911.4, 945.4, 945.6, 946.6, 950.2, and 950.6, to the extent applicable.

6.     The Complaint is barred based on plaintiffs' failure to exhaust administrative remedies prior to filing this lawsuit.

7.     Plaintiffs' recovery is barred for failure to timely comply with the provisions of the claims statutes, including, but not limited to California Government Code §§ 901, 905, 905.2, 911.2, 945.4, 945.6, 950.2.

8.     Plaintiffs' recovery is barred because the causes of action stated in the Complaint do not correspond with the legal claims asserted in plaintiffs' written claim.  The Complaint thereby alleges legal bases for recovery which are not fairly reflected in the written claim.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, Unclean Hands)

9.     Defendants allege that plaintiffs' actions are barred by reason of conduct, actions and inactions of plaintiffs which amount to and constitute a waiver of any right plaintiffs may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiffs from recovery in this action, including but not limited to the doctrine of unclean hands.

### FOURTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages)

10.     Plaintiffs' claims are barred or limited to the extent plaintiffs failed to

mitigate plaintiffs' injuries or damages, if there were any.  Plaintiffs have failed to mitigate the damages, if any, which plaintiffs have sustained, and to exercise reasonable care to avoid the consequences of harms, if any, in that, among other things, plaintiffs have failed to use reasonable diligence in caring for any injuries, failed to use reasonable means to prevent aggravation of any injuries and failed to take reasonable precautions to reduce any injuries and damages.

## FIFTH AFFIRMATIVE DEFENSE
### (Contributory and/or Comparative Liability)

11.    Plaintiffs' claims are barred or limited by plaintiffs' and/or decedent's contributory/comparative negligence or other conduct, acts, or omissions, and to the extent any plaintiff and/or the decedent suffered any injury or damages, it was the result of plaintiffs' and/or decedent's own negligent or deliberate actions or omissions.

12.    Plaintiffs' recovery is barred because any injury or damage suffered by plaintiffs was caused solely by reason of the plaintiffs' decedent's wrongful acts and conduct and the willful resistance to a peace officer in the discharge their duties.  The conduct set forth in the Complaint, if and to the extent it occurred, was privileged and justified and done with a good faith belief that it was correct and no action may be taken against the answering Defendants on account of such conduct.

## SIXTH AFFIRMATIVE DEFENSE
### (Public Entity/Employee Immunity for Others' Torts)

13.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for any injury caused by the act or omission of another person. Gov. Code §§ 815 *et seq.*, 820.2 *et seq.*

14.    The answering Defendants are informed and believe and thereon allege that if plaintiffs sustained any injury or damages, such injury or damages were solely caused or contributed to by the wrongful conduct of other defendants and/or entities or persons other than the answering Defendants.  To the extent that plaintiffs'

damages were so caused, any recovery by plaintiffs as against the answering Defendants should be subject to proportionately comparative equitable indemnity/contribution from such third parties.

## SEVENTH AFFIRMATIVE DEFENSE

### (Public Entity/Employee Immunity for Discretionary Acts)

15.    There is no liability for any injury or damages, if any there were, resulting from an exercise of discretion vested in a public employee, whether or not such discretion be abused.  Gov. Code § 815.2, 820.2, 820.4, 820.8, 820 *et seq*.

16.    Plaintiffs' recovery is barred because public entities and employees are immune from liability for discharging their mandatory duties with reasonable diligence.

17.    A public employee may not be held liable for injuries or damages, if any, caused by failure to adopt or by adoption of an enactment or by failure to enforce an enactment and/or law, for an injury caused by his issuance, denial, suspension or revocation or by his failure or refusal to issue, deny, suspend or revoke, any permit, license, certificate, approval, order, or similar authorization, where he is authorized by enactment to determine whether or not such authorization should be issued, denied, suspended or revoked, pursuant to Government Code §§ 818.2, 818.4, 818.8, 821 and 821.2.  Based thereon, the answering defendants are immune from liability for any injuries claimed by plaintiffs, herein.

18.    Defendant(s) is/are immune for any detriment resulting from any of its actions or omissions at the time of the incident of which plaintiffs complain pursuant to Government Code § 810 *et seq*., 815 *et seq*., 820 *et seq*., and 845 *et seq*., including, but not limited to, §§ 810, 810.2, 810.4, 810.6, 810.8, 811, 811.2, 811.4, 811.6, 811.8, 820.6, 820.8, 821, 821.2, 821.4, 821.6, 821.8, 822.2, 830.5, 830.6, 835.4, 844.6, and Government Code §§ 854, *et seq*., including, but not limited to, §§ 845.6, 854.6, 854.8(a)(2), and §§ 855.4, 855.6, 855.8 and 856.4.

1

2
## EIGHTH AFFIRMATIVE DEFENSE

3
### (Public Entity Immunity)

4      19.     To the extent that the Complaint attempts to predicate liability upon any

5   public entity defendant or any employee thereof for purported negligence in retention,

6   hiring, employment, training, or supervision of any public employee, such liability is

7   barred by Government Code sections 815.2 and 820.2 and *Herndon v. County of*

8   *Marin* (1972) 25 Cal. App. 3d 933, 935, 936, *rev'd on other grounds by Sullivan v.*

9   *County of Los Angeles* (1974) 12 Cal.3d 710; and by the lack of any duty running to

10  plaintiffs; by the fact that any such purported act or omission is governed exclusively

11  by statute and is outside the purview of any public employees' authority; and by the

12  failure of any such acts or omissions to be the proximate or legal cause of any injury

13  alleged in the Complaint.  *See de Villers v. County of San Diego*, 156 Cal.App.4th

14  238, 251-253, 255-256 (2007).

15      20.     Defendants may not be held liable on a *respondeat superior* theory for

16  any negligent or wrongful act or omission on the part of any subordinate.   Cal.

17  Government Code §§ 844.6, 845.6; Cal. Civil Code § 2351; *Malloy v. Fong* (1951)

18  37 Cal.2d 356, 378-379; *Monell v. Department of Social Services of the City of New*

19  *York* (1978) 436 U.S. 658; *Larez v. City of Los Angeles* (9th Cir. 1991) 946 F.2d 630,

20  645-646; *cf. City of Canton v. Harris*, 489 U.S. 378, 388-389 (1989); *City of Los*

21  *Angeles v. Heller*, 475 U.S. 796 (1986).

22
## NINTH AFFIRMATIVE DEFENSE

23
### (Qualified Immunity & Good Faith Immunity)

24      21.     Defendant City and its agents or officers at all times relevant to this

25  action acted reasonably and prudently under the circumstances.  Defendants therefore

26  assert the individual defendant's Qualified Immunity from liability to the fullest extent

27  applicable.

28      22.     Defendants are immune from liability under the Federal Civil Rights Act

because they acted in good faith with an honest and reasonable belief that their actions were necessary and appropriate. Defendants are immune from liability under the Federal Civil Rights Act because a reasonable police officer could believe that his acts and conduct were appropriate. Defendants are immune from liability under the Federal Civil Rights Act because their conduct did not violate clearly established rights. Defendants are also immune from liability under the doctrine of Qualified Immunity.

23. At all relevant times, Defendants acted within the scope of discretion, with due care, and good faith fulfillment of responsibilities pursuant to applicable statutes, rules and regulation, within the bounds of reason, and with the good faith belief that their actions comported with all applicable federal and state laws. *Harlow v. Fitzgerald* (1982) 457 U.S. 800; Cal Gov. Code §§ 815.2 and 820.2.

## TENTH AFFIRMATIVE DEFENSE
### (Assumption of Risk)

24. At the time and place referred to in the Complaint, and before such event, plaintiff knew, appreciated, and understood each and every risk involved in placing himself in the position which plaintiff then assumed, and willingly, knowingly and voluntarily assumed each of such risks, including, but not limited to, the risk of suffering personal bodily injury, lawful deprivation of right(s), or death.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Standing)

25. Defendants contend that as asserted in this action, in plaintiffs' individual capacities, plaintiffs lack standing to commence any wrongful death claims within the meaning of California Code of Civil Procedure § 377.60, et seq., including but not limited to §§ 377.60 and 377.61, to the extent applicable to decedent's alleged wrongful death. Plaintiffs have not pleaded any facts sufficient or tending to establish that plaintiffs are decedent's heirs and/or personal representative as required by California law.

## TWELFTH AFFIRMATIVE DEFENSE

### (Bar to Punitive Damages)

26.    As a separate and twelfth affirmative defense to the SAC, and to the purported causes of action set forth therein, Defendants allege Plaintiffs may not recover punitive damages against a governmental entity, or against governmental employees acting in their official capacity, under federal or state law.  Cal. Govt. Code § 818; *City of Newport v. Fact Concerts, Inc*. 453 U.S. 247, 271 (1981); *Mitchell v. Dupnik*, 75 F.3d 517, 527 (9th Cir. 1996).

27.    At no time and place mentioned in the Complaint, did Defendant(s) act with deliberate indifference or malicious intent to deprive any person of any Constitutional or legal right or to cause any other injury and, therefore, Defendant(s) is/are immune from liability.

28.    Any claim for punitive damages is unconstitutional and invalid in that it violates the United States Constitution, including but not limited to the Due Process Clause of the Fifth and/or Fourteenth Amendments, as well as the Fifth, Sixth, Eighth, and/or Ninth Amendments.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Unavoidable Detriment)

29.    As a separate and thirteenth affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that to the extent that any of the plaintiffs suffered any detriment, such detriment was unavoidable.

30.    The damages or injuries complained of by Plaintiffs, if any, were the result of an emergency situation, not created by any fault of any Defendants, and into which they suddenly and unexpectedly were placed.

31.    The answering Defendant(s) is/are informed and believe and thereon allege that the damages complained of in Plaintiffs' Complaint, if any, resulted from an unforeseeable and superseding cause thereby barring either partially or totally

Plaintiff's claimed damages herein.  The answering Defendant(s) is/are informed and believe and thereon allege that each and all of the purported causes of action and theories of relief asserted by Plaintiffs in the SAC are barred by virtue of an independent intervening cause.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Failure to Join Indispensable Party)

32.    As a separate and fifteenth affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants alleges that Plaintiffs' claims are barred for failure to join an indispensable party under Federal Rule of Civil Procedure 19.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Election)

33.    As a separate and fifteenth affirmative defense to the Complaint, and to the purported causes of action set forth therein, Defendants allege that at the time of trial, the answering defendant(s) may elect to limit or diminish plaintiffs' alleged damages of losses as provided and authorized by California Civil Code § 3333.1, California Civil Code § 3333.2 and California Code of Civil Procedure § 667.1, and the provisions of Proposition 51 as enacted into law in the State of California.

34.    In the event that any of the defendants herein is found to be liable for damages to any plaintiff, the liability, if any, for any amount of non-economic damages, if awarded, shall be reduced or limited pursuant to Civil Code § 1431.2, in direct proportion to each individual answering defendant's percentage of negligence or fault in relation to the fault of all joint tortfeasors, or other liable persons, whether joined as defendants or not; and that a separate judgment be rendered against each answering defendant for such amount

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Waiver)

35.    As a separate and fifth affirmative defense to the Complaint, and to the

purported causes of action set forth therein, Defendants allege that Plaintiffs' action is barred by reason of conduct, actions and inactions of Plaintiffs which amount to and constitute a waiver of any right Plaintiff may or might have had in reference to the matters and things alleged in the Complaint, or that otherwise estop plaintiff from recovery in this action, including but not limited to the doctrine of unclean hands. Moreover, Plaintiffs freely, willingly and voluntarily agreed to clean up the jail cell at issue in this case, thereby waiving any claim to relief.

## SEVENTEENTH AFFIRMATIVE DEFENSE

36.    Defendants contend that they cannot fully anticipate all affirmative defenses that may be applicable to this action based on the conclusory terms used in plaintiffs' Complaint. Accordingly, Defendants expressly reserve the right to assert additional affirmative defenses if and to the extent that such affirmative defenses become applicable.

## JURY DEMAND

37.    Defendants demand a trial by jury as to each issue triable by jury.

## PRAYER FOR RELIEF

WHEREFORE, the answering Defendants pray as follows:

1.    That plaintiffs take nothing by this action;

2.    That Defendants be awarded attorneys' fees, costs of suit and costs of proof, and such other relief as the Court deems just.

1  DATED:  June 26, 2023          **MANNING & KASS**
2                                 **ELLROD, RAMIREZ, TRESTER LLP**

3

4                                 By:  _____/s/ G. Craig Smith_____
5                                      Eugene P. Ramirez
6                                      G. Craig Smith
7                                      Attorneys for Defendants,
                                       COUNTY OF RIVERSIDE, RIVERSIDE
8                                      COUNTY SHERIFF CHAD BIANCO and
                                       DEPUTY DUNCAN
9

10              **DEMAND FOR TRIAL BY JURY**

11      Defendants hereby demand a trial of this matter by jury.

12

13  DATED:  June 26, 2023          **MANNING & KASS**
                                   **ELLROD, RAMIREZ, TRESTER LLP**
14

15

16                                 By:  */s/ G. Craig Smith*
17                                      Eugene P. Ramirez
18                                      G. Craig Smith
                                       Attorneys for Defendants,
19                                     COUNTY OF RIVERSIDE, RIVERSIDE
                                       COUNTY SHERIFF CHAD BIANCO and
20                                     DEPUTY DUNCAN

21

22

23

24

25

26

27

28

27