Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
G. Craig Smith (State Bar No. 265676)
 *craig.smith@manningkass.com*
Deann R. Rivard (State Bar No. 177482)
 *deann.rivard@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO, C. DEP. DUNCAN,C. CPL. CRAIG HARRIS, C. DEP. WILLIAM ROBINSON, C. DEP. JASON NGUYEN, C. DEP. MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA, CID, and DR. THOMAS MCNAHAN, M.D.

**THE SEHAT LAW FIRM, PLC**

Cameron Sehat, Esq. (SBN: 256535)

Cameron@sehatlaw.com

5100 Campus Drive, Suite 200

Newport Beach, CA 92612

Telephone: (949) 825-5200

Email: cameron@sehatlaw.com

*Attorney for Plaintiffs, S.V., a minor, by and through her guardian ad litem Elba Cervantes, Naomi Bravo and Esteban Viramontes*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.V., A Minor, Individually, And As Personal Representative Of The Estate Of Cristian Viramontes, By And Through Her Guardian Ad Litem, Elba Cervantes; Naomi Bravo Individually, Esteban Viramontes, individually, | Case No. 5:23−cv−00860−SSS−KK<br>*Honorable Sunshine S. Sykes, District Judge*<br>*[Honorable Kenly Kiya Kato, Magistrate Judge]* |
| Plaintiffs, | **JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| v. | |
| COUNTY OF RIVERSIDE, a Governmental Agency; RIVERSIDE | |

1  COUNTY SHERIFF CHAD BIANCO,
   in his individual and official capacity,
2  Deputy DUNCAN, individually;
   Correctional Corporal CRAIG
3  HARRIS, individually; Correctional
   Deputy WILLIAM ROBINSON,
4  individually; Correctional Deputy
   JASON NGUYEN, individually;
5  Correctional Deputy MIRANDA,
   individually; JULIE COX, individually;
6  NAJIA OUGZIN-MCILVOY,
   individually; JOCELYN MENDOZA
7  CID individually; DR. THOMAS
   MCNAHAN, M.D., individually; and
8  DOES 9-10, inclusive,

9              Defendants.

10

11    **TO THE HONORABLE COURT, ALL PARTIES AND THEIR**

12  **COUNSEL OF RECORD:**

13         **PLEASE TAKE NOTICE THAT**, pursuant to the United States District

14  Court, Central District of California's Local Rules, Rule 16-15.7, by and among

15  S.V., a minor, individually, and as personal representative of the Estate of Cristian

16  Viramontes, by and through her guardian ad litem, Elba Cervantes; Naomi Bravo

17  individually; and Estaban Viramontes, individually (collectively referred to as

18  "Plaintiffs"), County of Riverside; Riverside County Sheriff Chad Bianco; C.

19  Deputy Duncan; C. Cpl. Craig Harris; C. Deputy William Robinson; C. Deputy

20  Miranda; C. Deputy Jason Nguyen; Julie Cox; Najia Ougzin-McIlvoy; Jocelyn

21  Mendoza Cid; and Dr. Thomas McNahan, M.D., (collectively referred to as

22  "Defendants"), through counsel—the parties—hereby submit the following Notice

23  of Settlement of the Entire Action, pending the filing by the parties of a Stipulated

24  Joint Request for Partial Dismissal of Parties—Defendants RIVERSIDE COUNTY

25  SHERIFF CHAD BIANCO;  C. DEPUTY DUNCAN, C. CPL. CRAIG HARRIS,

26  C. DEPUTY WILLIAM ROBINSON, C. DEPUTY JASON NGUYEN, C.

27  DEPUTY MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN

28  MENDOZA CID, and DR. THOMAS MCNAHAN, M.D.—*without prejudice*

2

1  which will be filed shortly.  With this Notice of Settlement, it is the County of

2  Riverside's intent to inform the Court and Courtroom's Deputy Clerk immediately of

3  the settlement between the parties, which occurred on Wednesday, January 10,

4  2024, including the terms of settlement.

5      On January 10, 2024, Defendant COUNTY OF RIVERSIDE and Plaintiffs

6  entered into a settlement agreement in the above-referenced matter, subject to full

7  execution of a mutually-acceptable written release of all claims, and the Court's

8  approval of the instant Defendant COUNTY's Notice of Settlement and forthcoming

9  Minor's Compromise.

10      As a term and condition of the settlement agreement, the parties agreed to the

11  forthwith dismissal of Individual Defendants RIVERSIDE COUNTY SHERIFF

12  CHAD BIANCO;  C. DEPUTY DUNCAN, C. CPL. CRAIG HARRIS, C.

13  DEPUTY WILLIAM ROBINSON, C. DEPUTY JASON NGUYEN, C. DEPUTY

14  MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA

15  CID, and DR. THOMAS MCNAHAN, M.D., including all causes of action/claims

16  and portions of claims alleged against them, including all costs of suit, and all types

17  of damages alleged against them in plaintiffs' operative First Amended Complaint

18  for Damages [Doc. 54] *without prejudice* from this action.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION.**

MANNING | KASS

1    DATED:  January 17, 2024              Respectfully submitted,

2
                                          **MANNING & KASS**
3                                         **ELLROD, RAMIREZ, TRESTER LLP**

4

5                                         By:  _____/s/  *Deann R. Rivard*_____

6                                              Eugene P. Ramirez
                                               G. Craig Smith
7                                              Deann R. Rivard
                                               Attorneys for Defendants, COUNTY OF
8                                              RIVERSIDE, RIVERSIDE COUNTY
                                               SHERIFF CHAD BIANCO, C. DEP.
9                                              DUNCAN,C. CPL. CRAIG HARRIS, C.
                                               DEP. WILLIAM ROBINSON, C. DEP.
10                                             JASON NGUYEN, C. DEP. MIRANDA,
                                               JULIE COX, NAJIA OUGZIN-
11                                             MCILVOY, JOCELYN MENDOZA, CID,
                                               and DR. THOMAS MCNAHAN, M.D.
12

13

14   DATED:  January 17, 2024              THE SEHAT LAW FIRM, PLC

15
                                           _/s/_____Cameron Sehat_____
16                                             Cameron Sehat, Esq.
                                               Attorney for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION.**

MANNING | KASS

1   [<u>Signature Attestation</u>.]  As to this Stipulation and Joint Request, filed

2   pursuant to U.S.D.C. Central District Court Local Rule 5-4.3.4: the undersigned

3   hereby certifies that the content of this document is acceptable to all parties listed

4   above, by and through their counsel of record, and that the undersigned has obtained

5   authorization from each party's counsel to affix their electronic signatures to this

6   document.

DATED:  January 17, 2024          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


                                  By:    _____*/s/ Deann R. Rivard*_____
                                  Deann R. Rivard
                                  Attorneys for Defendants, COUNTY OF
                                  RIVERSIDE, RIVERSIDE COUNTY
                                  SHERIFF CHAD BIANCO, C. DEP.
                                  DUNCAN,C. CPL. CRAIG HARRIS, C.
                                  DEP. WILLIAM ROBINSON, C. DEP.
                                  JASON NGUYEN, C. DEP. MIRANDA,
                                  JULIE COX, NAJIA OUGZIN-
                                  MCILVOY, JOCELYN MENDOZA, CID,
                                  and DR. THOMAS MCNAHAN, M.D.

**JOINT NOTICE OF SETTLEMENT OF ENTIRE ACTION.**