Eugene P. Ramirez (State Bar No. 134865)
 *eugene.ramirez@manningkass.com*
G. Craig Smith (State Bar No. 265676)
 *craig.smith@manningkass.com*
Deann R. Rivard (State Bar No. 177482)
 *deann.rivard@manningkass.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO, C. DEP. DUNCAN, C. CPL. CRAIG HARRIS, C. DEP. WILLIAM ROBINSON, C. DEP. JASON NGUYEN, C. DEP. MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA, CID, and DR. THOMAS MCNAHAN, M.D.

**THE SEHAT LAW FIRM, PLC**
Cameron Sehat, Esq. (SBN: 256535)
Cameron@sehatlaw.com
5100 Campus Drive, Suite 200
Newport Beach, CA 92612
Telephone: (949) 825-5200
Email: cameron@sehatlaw.com

*Attorney for Plaintiffs, S.V., a minor, by and through her guardian ad litem Elba Cervantes, Naomi Bravo and Esteban Viramontes*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S.V., A Minor, Individually, And As Personal Representative Of The Estate Of Cristian Viramontes, By And Through Her Guardian Ad Litem, Elba Cervantes; Naomi Bravo Individually, Esteban Viramontes, individually,<br><br>            Plaintiffs,<br><br>   v. | **Case No. 5:23−cv−00860−SSS−KK**<br>*Honorable Sunshine S. Sykes, District Judge*<br>*[Honorable Kenly Kiya Kato, Magistrate Judge]*<br><br>**STIPULATION AND JOINT REQUEST FOR PARTIAL DISMISSAL OF PARTIES**<br><br>[*Filed Concurrently with PROPOSED* |

**STIPULATION AND JOINT REQUEST FOR PARTIAL DISMISSAL OF PARTIES.**

|  |  |
|---|---|
| COUNTY OF RIVERSIDE, a Governmental Agency; RIVERSIDE COUNTY SHERIFF CHAD BIANCO, in his individual and official capacity, Deputy DUNCAN, individually; Correctional Corporal CRAIG HARRIS, individually; Correctional Deputy WILLIAM ROBINSON, individually; Correctional Deputy JASON NGUYEN, individually; Correctional Deputy MIRANDA, individually; JULIE COX, individually; NAJIA OUGZIN-MCILVOY, individually; JOCELYN MENDOZA CID individually; DR. THOMAS MCNAHAN, M.D., individually; and DOES 9-10, inclusive,<br><br>                    Defendants. | *ORDER FOR PARTIAL DISMISSAL OF PARTIES*] |

**TO THE HONORABLE COURT:**

IT IS HEREBY STIPULATED AND JOINTLY REQUESTED BY AND AMONG S.V., a minor, individually, and as personal representative of the Estate of Cristian Viramontes, by and through her guardian ad litem, Elba Cervantes; Naomi Bravo individually; and Estaban Viramontes, individually (collectively referred to as "Plaintiffs"), COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO;  C. DEPUTY DUNCAN, C. CPL. CRAIG HARRIS, C. DEPUTY WILLIAM ROBINSON, C. DEPUTY JASON NGUYEN, C. DEPUTY MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA CID, and DR. THOMAS MCNAHAN, M.D., through counsel, as follows:

**GOOD CAUSE STATEMENT.**

1.     On January 10, 2024, Defendant COUNTY OF RIVERSIDE and Plaintiffs entered into a settlement agreement in the above-referenced matter, subject to plaintiff's execution of a mutually acceptable written release of all claims, and the Court's approval of Defendant COUNTY's Notice of Settlement and forthcoming Minor's Compromise.  As a term and condition of the settlement agreement, the parties agreed to the forthwith dismissal of Individual Defendants

1 RIVERSIDE COUNTY SHERIFF CHAD BIANCO; C. DEPUTY DUNCAN, C.
2 CPL. CRAIG HARRIS, C. DEPUTY WILLIAM ROBINSON, C. DEPUTY
3 JASON NGUYEN, C. DEPUTY MIRANDA, JULIE COX, NAJIA OUGZIN-
4 MCILVOY, JOCELYN MENDOZA CID, and DR. THOMAS MCNAHAN, M.D.
5 (hereinafter "Individual Defendants"), including all causes of action/claims and
6 portions of claims alleged against them, including all costs of suit, and all types of
7 damages alleged against them in plaintiffs' operative First Amended Complaint for
8 Damages [Doc. 54] *without prejudice* from this action.

## STIPULATION FOR DISMISSAL

2. IT IS HEREBY STIPULATED AND JOINTLY REQUESTED by and between Plaintiffs, Defendant COUNTY and Individual Defendants—the parties—as follows:

3. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate and jointly request that the action as against RIVERSIDE COUNTY SHERIFF CHAD BIANCO; C. DEPUTY DUNCAN, C. CPL. CRAIG HARRIS, C. DEPUTY WILLIAM ROBINSON, C. DEPUTY JASON NGUYEN, C. DEPUTY MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA CID, and DR. THOMAS MCNAHAN, M.D. be dismissed forthwith, *without prejudice*.

///
///
///
///
///
///
///
///
///

3

**STIPULATED JOINT REQUEST FOR DISMISSAL OF DEFENDANTS ...... WITHOUT PREJUDICE.**

IT IS SO STIPULATED AND JOINTLY REQUESTED.

DATED: January 17, 2024       Respectfully submitted,

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By: ____/s/ *Deann R. Rivard*____
Eugene P. Ramirez
G. Craig Smith
Deann R. Rivard
Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO, C. DEP. DUNCAN, C. CPL. CRAIG HARRIS, C. DEP. WILLIAM ROBINSON, C. DEP. JASON NGUYEN, C. DEP. MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA, CID, and DR. THOMAS MCNAHAN, M.D.

Date: January 17, 2024       THE SEHAT LAW FIRM, PLC

 */s/*       *Cameron Sehat*_____
Cameron Sehat, Esq.
Attorney for Plaintiff

[Signature Attestation.]  As to this Stipulation and Joint Request, filed pursuant to U.S.D.C. Central District Court Local Rule 5-4.3.4: the undersigned hereby certifies that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that the undersigned has obtained authorization from each party's counsel to affix their electronic signatures to this document.

DATED:  January 17, 2024          **MANNING & KASS**
                                  **ELLROD, RAMIREZ, TRESTER LLP**


                                  By:    */s/ Deann R. Rivard*
                                         Deann R. Rivard
                                         Attorneys for Defendants, COUNTY OF RIVERSIDE, RIVERSIDE COUNTY SHERIFF CHAD BIANCO, C. DEP. DUNCAN, C. CPL. CRAIG HARRIS, C. DEP. WILLIAM ROBINSON, C. DEP. JASON NGUYEN, C. DEP. MIRANDA, JULIE COX, NAJIA OUGZIN-MCILVOY, JOCELYN MENDOZA, CID, and DR. THOMAS MCNAHAN, M.D.

**STIPULATED JOINT REQUEST FOR DISMISSAL OF DEFENDANTS ...... WITHOUT PREJUDICE.**